IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

FLOYD L SEMONS,

    Plaintiff,

v.                                  Case No. 19C1595

NATHAN J WOLF,

    Defendant.

## DEFENDANT'S MOTIONS TO REFER CASE TO MAGISTRATE JUDGE AND STAY DEADLINES PENDING MEDIATION

NOW COMES Defendant Nathan J. Wolf, by his undersigned counsel, to move the Court to refer this case to a Magistrate Judge for the limited purposes of pursuing mediation this case. The parties have expressed interest in settlement and would like the assistance of a Magistrate Judge in resolving this case.

Defendant further moves the Court to stay the dispositive motion deadline pending mediation of this case. The current deadline is set for November 12, 2020.

There is no briefing accompanying this motion.

Dated this 14th day of October, 2020.

Respectfully submitted,

JOSHUA L. KAUL
Attorney General of Wisconsin

**s/Samir S. Jaber**
SAMIR S. JABER
Assistant Attorney General
State Bar #1076522

BRANDON T. FLUGAUR
Assistant Attorney General
State Bar #1074305

Attorneys for Defendant Nathan J Wolf

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-2229(Jaber)
(608) 266-1780 (Flugaur)
(608) 267-8906 (Fax)
jaberss@doj.state.wi.us
flugaurbt@doj.state.wi.us