NJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
ASTERN DISTRICT-WI
FILED
2020 NOV -9 P 1:32
CLERK OF COURT

FLOYD L. SEMONS,

    Plaintiff,

v.   Case No. 19-CV-1595

NATHAN WOLF,

    Defendant.

## AGREEMENT TO LIMITED REPRESENTATION

I, Floyd L. Semons, a plaintiff currently representing myself, agree to have Nate Cade, a lawyer from Cade Law Group, P.O. Box 170887, Milwaukee, WI 53217, represent me in the above-captioned cases for the limited purpose of assisting me with mediation. Mr. Cade is not obligated to conduct discovery or prepare or respond to motions, nor is he responsible for the trial of this case. Mr. Cade's representation of me will end upon completion of the mediation process, regardless of the outcome.

I have read, understand, and agree to the terms of this limited representation for mediation assistance.

11-5-2020    *[signature]*

Date    Plaintiff Floyd L. Semons

Case 2:19-cv-01595-NJ   Filed 11/02/20   Page 1 of 1   Document 45-1
Case 2:19-cv-01595-NJ   Filed 11/09/20   Page 1 of 1   Document 46